UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2009 OCT -2 P 2: 22

SIGN
BY DEPUTY CLERK

ROBERT ROBERTSON

VERSUS                                    CIVIL ACTION NO.: 09-356-JVP-CN

RECREATION AND PARK
COMMISSION, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 9, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the Rule 12(b)(6) Motion and Incorporated Memorandum to Dismiss (doc. 4) filed by defendants, City of Baton Rouge and Parish of East Baton Rouge, is hereby **GRANTED** and plaintiff's claims against those defendants are hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, September 30 , 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA